BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>21138 BIG OAK LANE<br>LAKEHEAD, CA | S.W. NO. 3:11-SW-00005<br><br>ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| IN THE MATTER OF THE SEARCH OF:<br>2099 ASPENGLEN WAY<br>LIVINGSTON, CA | S.W. NO. 3:11-SW-00006<br><br>ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| IN THE MATTER OF THE SEARCH OF:<br>APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING A CELLULAR TELEPHONE ASSIGNED TELEPHONE NUMBER: 530-237-7280 | S.W. NO. 3:11-SW-00007<br><br>ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| IN THE MATTER OF THE SEARCH OF:<br>1980 JEWEL LANE<br>REDDING, CA | S.W. NO. 3:11-SW-00008<br><br>ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

////

1 | IT IS HEREBY ORDERED that all documents related to the above-
2 | captioned proceedings be unsealed.
3 | Date: August 23, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE